**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 09-cv-02486-PAB-KLM

JENNIFER ELMORE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, also d/b/a CIGNA GROUP INSURANCE,

    Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant Life Insurance Company of North America. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED November 16, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge