IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02486-MSK-KLM

JENNIFER ELMORE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, d/b/a CIGNA GROUP INSURANCE,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Discovery** [Docket No. 29; Filed February 28, 2010] (the "Motion"). In light of information provided to Plaintiff by Defendant during the Settlement Conference on April 5, 2010,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

Dated: April 14, 2010